UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK W. DEVLIN | ) | |
|     PLAINTIFF | ) | CIVIL ACTION NO.: |
| | ) | |
| VS. | ) | 4:10-cv-609 |
| | ) | |
| REDLINE RECOVERY | ) | |
| SERVICES, LLC | ) | |
|     DEFENDANT. | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff Patrick W. Devlin, and for his Notice of Settlement states:

1. On May 10, 2010, the parties agreed to a settlement in the above-captioned matter.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before May 26, 2010.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including May 26, 2010 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

<u>05/11/2010</u>　　　　　　　　　　　**THE SWANEY LAW FIRM**
**Dated**

　　　　　　　　　　　　　　　　　<u>/s/ Robert T. Healey</u>　　　　　
　　　　　　　　　　　　　　　　　Robert T. Healey
　　　　　　　　　　　　　　　　　EDMO # 3356; MO Bar #34138
　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　3460 Hampton, Suite 205
　　　　　　　　　　　　　　　　　St. Louis, MO 63139
　　　　　　　　　　　　　　　　　rhealey@swaneylawfirm.com
　　　　　　　　　　　　　　　　　telephone: (314) 481-7778
　　　　　　　　　　　　　　　　　fax:  (314) 481-8479

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 11th day of May 2010.

　　　　　　　　　　　　　　　　　<u>/s/ Robert T. Healey</u>